# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

March 6, 2015

**By the Court:**

| | |
|---|---|
| LARRY G. HARRIS, et al., | ] Appeal from the United |
|     Plaintiffs-Appellants, | ] States District Court for |
| | ] the Central District of |
| No. 15-1430    v. | ] Illinois. |
| | ] |
| LOWELL BROWN, et al., | ] No. 3:07-cv-03225-HAB |
|     Defendants-Appellees. | ] |
| | ] Harold A. Baker, Judge. |

### O R D E R

A preliminary review of the short record indicates that the judgment appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.

The dismissal of a federal claim without prejudice normally does not qualify as an appealable final judgment because the plaintiff is free to refile the claim. *See Larkin v. Galloway*, 266 F.3d 718, 721 (7th Cir. 2001).

In the present case, the district court dismissed the federal retaliation claims of plaintiffs Harris and Giampaolo without prejudice. It is not clear whether a refiling of these federal claims is precluded. As such, this appeal may be premature. *See Taylor-Holmes v. Office of Cook County Public Guardian*, 503 F.3d 607 (7th Cir. 2007). Accordingly,

**IT IS ORDERED** that appellants shall file, on or before March 20, 2015, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement. Briefing shall be **SUSPENDED** pending further court order.

NOTE:    Caption document "JURISDICTIONAL MEMORANDUM." The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.